Dismissed and Memorandum Opinion filed October 13, 2005









Dismissed and Memorandum Opinion filed October 13,
2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00582-CV

____________

 

EVROY PALMER,
Appellant

 

V.

 

DEUTSCHE BANK
TRUST CO., ET AL., Appellees

 



 

On Appeal from the County Civil
Court at Law No. 3

Harris County
, Texas

Trial Court Cause No.
834,089

 



 

M E M O R A N D U M  O
P I N I O N

This appeal is from a judgment signed May 13, 2005.  The trial court signed an order sustaining
the contest to appellant=s affidavit of inability to pay costs on June 27, 2005.  No clerk=s record has been filed.  The clerk responsible for preparing the
record in this appeal informed the court appellant did not make arrangements to
pay for the record.  








On September 13, 2005, notification was transmitted to all
parties of the court=s intention to dismiss the appeal for want of prosecution
unless, within fifteen days, appellant paid or made arrangements to pay for the
record and provided this court with proof of payment.  See Tex.
R. App. P. 37.3(b).  Appellant
filed no response.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed October 13, 2005.

Panel consists of Chief Justice
Hedges and Justices Yates and Anderson.